AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21−mj−00354 |
| JEREMY RYAN SORVISTO | ) | Assigned To : Faruqui, Zia M. |
| (AKA: JEREMY RYAN SORVISTO Sr.) | ) | Assign. Date : 4/5/2021 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | (Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restrict Building or Grounds); |
| 40 U.S.C. § 5104(e)(2)(D) | (Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(G) | (Parading, Demonstrating, or Picketing a Capitol Building) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jay D. Johnston, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/05/2021

*Judge's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*