AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Jeremy Ryan Sorvisto (AKA: Jeremy Ryan Sorvisto, Sr.) | ) Case: 1:21-mj-00354 <br> ) Assigned To : Faruqui, Zia M. <br> ) Assign. Date : 4/5/2021 <br> ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Jeremy Ryan Sorvisto_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restrict Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing a Capitol Building)

Date: ___04/05/2021___

2021.04.05
16:38:24 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.           Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 4/5/21, and the person was arrested on *(date)* 4/7/21 at *(city and state)* HANCOCK, MI . | |
| Date: 4/7/21 | *Arresting officer's signature* <br><br> SA JAY D. JOHNSTON, FBI <br> *Printed name and title* |